**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Destin Resources LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **03-0436039** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **106 Park Place**<br>**Suite 200**<br>**Covington, LA 70433** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Iberia** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2111__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor **See Attachment** | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

17-51634 - #1   File 12/18/17  Enter 12/18/17 08:58:13  Main Document    Pg 2 of 135

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Bayou Long Field wells Goodrich #1 & C-4#1 producing wells currently shut in. Lakeside field wells in Laccassine Wildlife Refuge require periodic visitation.W. Cameron Block 168 Lease, regulated by BSEE, visitation for poullution inspection is required 3 times a week.**

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

█  **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**     .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor **Destin Resources LLC**     Case number (*if known*) _____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 11, 2017**
              MM / DD / YYYY

**X** **/s/ Roger D. Linder**                    **Roger D. Linder**
Signature of authorized representative of debtor   Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ H. Kent Aguillard**              Date **December 11, 2017**
Signature of attorney for debtor                  MM / DD / YYYY

**H. Kent Aguillard 02354**
Printed name

**H. Kent Aguillard**
Firm name

**P. O. Box 391**
**Eunice, LA 70535**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address _____

**02354**
Bar number and State

| Debtor | **Destin Resources LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number (*if known*) _____ Chapter **7**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Linder Oil Company, A Partnership** | Relationship to you | **affiliates** |
|---|---|---|---|
| District | **Western District of Louisiana** | When **10/10/17** | Case number, if known | **17-51323** |
| Debtor | **Reserves Management, L.C.** | Relationship to you | **affiliate** |
| District | **Western District of Louisiana** | When **12/04/17** | Case number, if known | **17-51570** |

Debtor name    **Destin Resources LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2017**      X **/s/ Roger D. Linder**
                                          Signature of individual signing on behalf of debtor

                                          **Roger D. Linder**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Debtor name   **Destin Resources LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:    Summary of Assets

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*........................................................    $       **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................    $       **134,669.32**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.....................................................    $       **134,669.32**

### Part 2:    Summary of Liabilities

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $       **59,025,242.40**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $       **957.09**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       **6,904,121.61**

4.    **Total liabilities** ........................................................................................
     Lines 2 + 3a + 3b             $       **65,930,321.10**

**Fill in this information to identify the case:**

Debtor name    **Destin Resources LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Whitney Bank** | **checking** | 5118 | $125.00 |
| 3.2. | **Crescent Bank & Trust- operating account** | **checking** | 9170 | $1,946.97 |
| 3.3. | **Crescent Bank & Trust- Investment account** | **Money Market** | 3131 | $3,812.47 |
| 3.4. | **Crescent Bank & Trust This CD is provided as security to the State of Louisiana as required for Destin Resources to be an Operator** | **CD** | 7390 | $33,874.77 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $39,759.21 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **Goodrich #1/Bayou Pigeon**
    **Linder Oil Co., A Partnership at JPMorgan Chase letter of $8,160.00 credit**
    **#CTCS-732652**
    8.1.  **$50,000 CD account ending in 3371**                                          $8,160.00

    **William C4/Bayou Pigeon**
    **Linder Oil Co., A Partnership at JPMorgan Chase Letter of $13,537.59 credit**
    8.2.  **#CTCS-762271**                                                               $13,537.59

    8.3.  **WC 168 Union Bank Escrow account ending in #6200 and/or #6201**              $500.00

9.  **Total of Part 2.**                                                                | $22,197.59 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:            83,659.68        -        81,311.64        = ....        $2,348.04
                                       face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:            2,755,761.94        -       2,725,397.46        =....        $30,364.48
                                       face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                | $32,712.52 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **machinery, fixtures and equipment in Debtor's possession, see supporting documents** | $0.00 | | Unknown |

| 51. | **Total of Part 8.** | |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | $0.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td>Part 9:</td><td>Real property</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>Intangibles and intellectual property</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property**<br>**Investment paid to Charles Lehwald/Cenco Inc. for investment in El Dorado, Arkansas Prospect**<br>**Charles Lehwald, Cenco, Inc., 100 East Peach Street, Suite 270, EL Dorado, AR 71730** | **$40,000.00** |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Interest in Kyle-Peterman #3** | **Unknown** |
| **Interest in Missouri Pacific RR/College Point** | **Unknown** |
| **Interest in SL 15223 #1/Lakeside** | **Unknown** |
| **Interest in OCSG 5283 #1/WC168** | **Unknown** |
| **Interest in OCSG 5283 #1-1D/WC 168** | **Unknown** |
| **Interest in OCSG 5283 #5/WC 168** | **Unknown** |
| **Interest in OCSG 5283 #5D/WC 168** | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| | |
|---|---|
| **Interest in OCSG 5283 #A1ST1/WC 168** | **Unknown** |
| **Interest in OCSG 5283 #A1ST1D/WC 168** | **Unknown** |
| **Interest in OCSG 5283 #A1ST3/WC 168** | **Unknown** |
| **Interest in OCSG 5283 #A2/WC 168** | **Unknown** |
| **Interest in W CAM BLK 168 Facility** | **Unknown** |
| **Interest in SL 20581 #2ST/Grand Isle Blk 19** | **Unknown** |
| **Interest in SL 20581 #4ST/Grand Isle Blk 19** | **Unknown** |
| **Interest in Goodrich #1/Bayou Long** | **Unknown** |
| **Interest in Williams C-4/Bayou Long** | **Unknown** |
| **Interest in Walker #7 ST#2/Lakeside** | **Unknown** |
| **Interest in Walker #7D ST#2/Lakeside** | **Unknown** |
| **Interest in Melba Billeaud #1/S. Bosoco** | **Unknown** |
| **Interest in Weyerhaeuser/ Bill's Branch** | **Unknown** |
| **oil & gas lease for S. Marsh Island Blk 8** | **Unknown** |
| **oil & gas lease for Vermillion Blk 62** | **Unknown** |
| **oil & gas lease for W. Cameron Blk 254** | **Unknown** |

**oil & gas lease for Vermillion Blk 86**                                                      **Unknown**

**oil & gas lease for E. Cameron Blk 48**                                                       **Unknown**

**oil & gas lease for S. Timbalier Blk 171**                                                    **Unknown**

78.  **Total of Part 11.**                                                          | **$40,000.00** |
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☑ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$39,759.21** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$22,197.59** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$32,712.52** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$40,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$134,669.32** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$134,669.32** |

**Fill in this information to identify the case:**

Debtor name     **Destin Resources LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Talos Production, LLC** | Describe debtor's property that is subject to a lien | $114,914.57 | Unknown |
|---|---|---|---|---|

Creditor's Name

**500 Dallas Street**
**Suite 2000**
**Houston, TX 77002**

Creditor's mailing address

**Operators Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 | **The Cadle Company II, Inc.** | Describe debtor's property that is subject to a lien | $58,910,327.83 | Unknown |
|---|---|---|---|---|

Creditor's Name

**100 North Center Street**
**Newton Falls, OH 44444**

Creditor's mailing address

**leased Oil & Gas Properties**

**Describe the lien**
**Mortgages, MIM,etc., numerous**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case number (if know) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $59,025,242.40

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Destin Resources LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address <br> **Sheriff, Livingston Parish** <br> **P.O. Box 370** <br> **Livingston, LA 70754-0370** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $434.63 | $434.63 |
| | Date or dates debt was incurred | Basis for the claim: <br> **tax** | | |
| | Last 4 digits of account number **1600** <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address <br> **Sheriff, Livingston Parish** <br> **P.O. Box 370** <br> **Livingston, LA 70754-0370** | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $522.46 | $522.46 |
| | Date or dates debt was incurred | Basis for the claim: <br> **Tax** | | |
| | Last 4 digits of account number **1626** <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

                                                                                        **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**A. Cecil Zeringue**
**P. O. Box 9188**
**Houma, LA 70361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aaron & Katie Credeur**
**3400 Tanner Rd**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Abendorth Investments**
**400 Travis Street**
**Suite 1506**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for Bayou Long Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ann Harder**
**4610 Regina Lane**
**Beaumont, TX 77706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Annabel F. Comeaux**
**P.O. Box 294**
**Cameron, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anne G. Conner**
**2818 Ferndale**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for Bayou Long Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ashley D. Broussard**
**218 Croft Row**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Barbara B. Kyle**
**7412 Shady Villa Lane**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Barbara C. Molaison**
**4823 Scenic Woods Trail**
**Kingwood, TX 77345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Barbara E. Adams**
**P.O. Box 381**
**Pasadena, MD 21123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Bell DeGravelle O'Roark**
**648 Sunset Blvd.**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Betty White Mioton**
**2828 State St.**
**New Orleans, LA 70118-5632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Billie Latham Bagley**
**306 South Lafayette**
**San Saba, TX 76877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Billie Marie Smardon**
**P. O. Box 932**
**Sun Valley, ID 83353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blake J. Batts**
**309 South Lee Street**
**Apt A**
**Marksville, LA 71351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blythe Ann Lyons**
**P.O. Box 1226**
**Fort Bragg, CA 95437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **oil & gas lease for Bayou Long Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradford A. Mioton**
**6076 Sparkling Brook Lane**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan M. Batts**
**3686 Fauborg Road**
**Washington, LA 70589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bureau of Ocean Energy Mgt**
**US Dept of the Interior**
**1201 Elmwood Park Blvd**
**Mail Stop GM 428 A**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bureau of Safety & Env. Enforce.**
**US Dept of the Interior**
**Office of Field Operations**
**1201 Elmwood Park Blvd**
**New Orleans, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calvin B. Garwood, III**
**1600 Mill Springs Drive**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **oil & gas lease for Bayou Long Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Carol M. Jackson<br>1901 Birchfield Court<br>Kingsport, TN 37660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for Bayou Long Field** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Caroline M. Hebert<br>102 Breaux St<br>Scott, LA 70583 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for S. Bosco Field** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Casey P. Richard<br>919 Whitmore Rd<br>Scott, LA 70583 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for S. Bosco Field** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Chance A. Romero<br>1630 Prison Road<br>Cottonport, LA 71327 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for S. Bosco Field** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Charla Ann Talbot<br>33017 Malinta Ave.<br>Acton, CA 93510 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Charles E. Kyle<br>7504 Park Drive N<br>Tampa, FL 33610-1062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- |
| Charles N. Bell, Jr.<br>2704 Bramble Drive<br>Monroe, LA 71201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charlton & Mary Ogden, II**
c/o Charlton Ogden, III
1100 Poydras, 2100 Energy Cntr
New Orleans, LA 70163-2100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chastity G. Romero**
1112 Breaux Road
Lafayette, LA 70506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cheryl L. Despain**
P.O. Box 17838
Salt Lake City, UT 84117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cheryl R. Myers**
P.O. Box 1854
Scott, LA 70583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Childrens Hospital Los Angeles**
4650 W. Sunset Blvd.
Mail Stop 21
Los Angeles, CA 90027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine C. Mayhall**
3455 Royalty Court
Mobile, AL 36695

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cimarron Minerals, LLC**
The Frost National, Trustee for
Katherine Henderson
P.O. Box 1600
San Antonio, TX 78296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Clyde L. Batts**
**9098 Hwy 165**
**Pollock, LA 71467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800,000.00 |
|---|---|---|---|

**Consolidated Reserves Company**
**1800 Carol Sue Ave**
**Suite 4**
**Gretna, LA 70056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **original promissory note payable to Roger D. Linder & G.Miles Biggs, Jr dated 2/1/17. Transferred to Consolidated Reserve on 3/6/17.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Culver H. Lyons, Jr.**
**P.O. Box 2261**
**Alpharetta, GA 30023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **oil & gas lease for Bayou Long Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**David R. Cormier**
**918 Hwy 182**
**Sunset, LA 70584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Department of Natural Resources**
**P.O. Box 94396**
**Baton Rouge, LA 70804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **open account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Department of Natural Resources**
**P.O. Box 94396**
**Baton Rouge, LA 70804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dextor E. Lyons**
**P.O. Box 2261**
**Alpharetta, GA 30023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **oil & gas lease for Bayou Long Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 23 of 135

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diane G. Stanton**
**7406 Lake Breeze Drive**
**Apt#214 Bldg 21B**
**Fort Myers, FL 33907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __oil & gas lease for Bayou Long Field__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald & Jamie Boutin**
**138 Hazel Drive**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __oil & gas lease for S. Bosco Field__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald Mioton III**
**279 Pleasant Ave., Apt. 2N**
**New York, NY 10029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donna M. McDonnell**
**P. O. Box 547**
**Biloxi, MS 39533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dwayne J. Patin**
**204 Ramsey Drive**
**Carencro, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __oil & gas lease for S. Bosco Field__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edgar L. Patterson**
**P.O. Box 417**
**Sumner, MS 38963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __oil & gas lease for Bayou Long Field__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edra Harder Bogucki**
**255 Southland Dr.**
**Lumberton, TX 77657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Elizabeth Z. Ordeneaux**
**P. O. Box 144**
**Paulina, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Ernest D. Latham Trust**
**M&T Invest Grp Tst RE MD2-CS54**
**P. O. Box 1596**
**Baltimore, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Ernest&Belinda Latham Revocble**
**TST, C/o Belinda Latham, Trustee**
**5 Cabernet Ct.**
**Scotts Valley, CA 95066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Feda L. Menard**
**1002 Stephen Street**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **oil & gas lease for S. Bosco Field**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Federal Royalty Properties, LLC**
**2001 Kirby Drive**
**Suite 1200**
**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **oil & gas lease for Bayou Long Field**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Felicitas C. Lyons**
**P.O. Box 2261**
**Alpharetta, GA 30023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **oil & gas lease for Bayou Long Field**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Felton M. Johnston**
**4506 Tourney Road**
**Bethesda, MD 20816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **oil & gas lease for Bayou Long Field**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.57** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Fielding L. Cocke** | ☐ Contingent |
| **919 Milam** | ☐ Unliquidated |
| **Suite 1910** | ☐ Disputed |
| **Houston, TX 77002** | |
| Date(s) debt was incurred _ | **Basis for the claim:** <u>oil & gas lease for Bayou Long Field</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.58** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Five Starr Roy. Partners, Ltd** | ☐ Contingent |
| **P. O. Box 22084** | ☐ Unliquidated |
| **Denver, CO 80222** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.59** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Florida Richard Martin Trust** | ☐ Contingent |
| **c/o Florida M. Ritchie Trustee** | ☐ Unliquidated |
| **P. O. Box 241782** | ☐ Disputed |
| **Little Rock, AR 72223-0014** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.60** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Gene M. Zeringue** | ☐ Contingent |
| **P. O. Box 26** | ☐ Unliquidated |
| **Saint James, LA 70086** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.61** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Georgie B. Adams** | ☐ Contingent |
| **5914 Ariel Street** | ☐ Unliquidated |
| **Houston, TX 77074** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** <u>oil & gas lease for S. Bosco Field</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.62** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Gerald J. Bouillon** | ☐ Contingent |
| **106 Credeur** | ☐ Unliquidated |
| **Scott, LA 70583** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** <u>oil & gas lease for S. Bosco Field</u> |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.63** | **Unknown** |
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Globe-Texas Company** | ☐ Contingent |
| **c/o Walker Louisiana Propertie** | ☐ Unliquidated |
| **P.O. Box 1048** | ☐ Disputed |
| **Lake Charles, LA 70602** | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Goodrich Land & Energy, LLC**
**1001 Fannin Street**
**Suite 4670**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **oil & gas lease for Bayou Long Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gwendolyn Maddox**
**116 River Road Drive**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harold L. Savoie**
**P.O. Box 2881**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harriet Pauline Bell**
**403 Live Oak Drive**
**Lafayette, LA 70503-4007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Harriss K. Muller**
**280 N.W. Birch Place**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hazel D. Myers**
**109 Jules Street**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **oil & gas lease for S. Bosco Field**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Fielding Lewis, Jr.**
**P. O. Box 140**
**Franklin, LA 70538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hettie Garwood**
**Revocable Trust**
**c/o Anne G. Conner, Trustee**
**2818 Ferndale**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**HGFLT, LLC**
**1001 Fannin Street**
**Suite 4670**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Hollis & Pamela Clark Rev.Liv.T**
**1279 Savoy Rd.**
**Cankton, LA 70584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Irving T. Comeaux**
**159 Pond Drive**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**J. Victorian Zeringue**
**5655 La. 18**
**Saint James, LA 70086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**James J. Adams**
**206 Sunny Lane**
**Lafayette, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Janet C. Johnson**
**107 Sylvia Loop**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.78** Nonpriority creditor's name and mailing address
**Janet W. Zeringue**
**206 Monsanto St.**
**Luling, LA 70070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** Nonpriority creditor's name and mailing address
**Janice C. Farris**
**7608 Holly Oak Circle**
**Austin, TX 78744**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** Nonpriority creditor's name and mailing address
**Jason G. Richard**
**5483 Mire Hwy**
**Rayne, LA 70578**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address
**Jason R. Domingue**
**P.O. Box 442**
**Duson, LA 70529**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address
**Jean D. Jones**
**311 Doug Drive**
**Lafayette, LA 70508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address
**Jeanerette Minerals, LLC**
**228 St. Charles Ave**
**Suite 1424**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for Bayou Long Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address
**Jeanerette Minerals, LLC**
**228 St. Charles Ave., Ste. 1424**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**3.85** Nonpriority creditor's name and mailing address
Jeanette B. Ogden
7256 False River Rd
Oscar, LA 70762-5000

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address
Jeanette G. Domingue
P.O. Box 293
Duson, LA 70529

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address
Jeanine A. Mioton
1343 Bandera Hwy., Apt. 108
Kerrville, TX 78028

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address
Jeffery James Cormier
P.O. Box 1083
Youngsville, LA 70592

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address
Jennifer M. Sheffield
72 River Bluff Drive
Madisonville, LA 70447

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
Jerry L. Robin
2726 Springton
Spring, TX 77386

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
John & Carolyn Prejean
1404 Roper Drive
Scott, LA 70583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John & Cheryl Fell**
**317 John Fell Loop**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John E. Hine**
**c/o Hine Associates**
**7412 Shady Villa Lane**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John M. Garwood**
**450 W. Pioneer**
**Number 394**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Joseph & Connie Vasseur**
**519 Whitmore Road**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Joseph D. Cormier**
**3388 Tanner Road**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Joseph O. Besse, Jr.**
**3389 Tanner Road**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for S. Bosco Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Joseph W. Getzler**
**21500 Califa Street**
**Unit 132**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** oil & gas lease for Bayou Long Field

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Judd Partners**
**6575 W. Loop South**
**Suite 450**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for Bayou Long Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Judith J. Jones**
**160 Indian Bayou Drive**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for Bayou Long Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Judy Anne Besse**
**401 W. LaVeta Ave**
**No.172**
**Orange, CA 92866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karl Leo Hollier, Jr.**
**695 Winchester Drive**
**Bridge City, TX 77611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine K. Gandy**
**109 Audubon Court North**
**Brandon, MS 39047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith J. Richard**
**111 Canadian Lane**
**Church Point, LA 70525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth R. Credeur**
**3206 Ashton Park Drive**
**Houston, TX 77082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kris Ann Hollier Radcliffe**<br>**20403 Autumn Terrace**<br>**Katy, TX 77450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kyle J. David**<br>**215 Arceneaux Circle**<br>**Scott, LA 70583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _oil & gas lease for S. Bosco Field_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **LA Dept. of Enviro. Quality**<br>**602 North Fifth Street**<br>**Baton Rouge, LA 70802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _open account_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **LA.Dept. of Envir. Quality**<br>**Financil Services Division**<br>**P.O. Box 4311**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _Trade debt_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Lacassine Natural Wildlife Refug**<br>**US Dept. of the Interior**<br>**209 Nature Road**<br>**Lake Arthur, LA 70549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _open account_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Laurent J. Zeringue**<br>**5225 Wabash St.**<br>**Metairie, LA 70001-1062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Lerline A. Thibodeaux**<br>**3035 Tanner Rd**<br>**Scott, LA 70583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _oil & gas lease for S. Bosco Field_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lewis J. Talbot, Jr.**
**31202 Via Cordova**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,625.25** |
|---|---|---|---|

**Lone Star Exploration, Inc.**
**625 Longuevue Place**
**Madisonville, LA 70447**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **revenue payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Loretta L. Zeringue**
**400 Mansfield Dr.**
**Slidell, LA 70458**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Loretta Z. Jeandron**
**120 E. Randall Ct.**
**Gretna, LA 70053**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Louella B. Ransonet**
**929 Old Spanish Trail West**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Louise Kyle Smardon Roberts**
**730 Esplanade Ave.**
**New Orleans, LA 70116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Louise Paggi**
**2801 S. Arlington Ridge Rd.**
**Arlington, VA 22202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address** |

**3.120**

**Nonpriority creditor's name and mailing address**
Lucille R, Ransom
619 D. Arceneaux Rd
Scott, LA 70583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**
Ludrine & Nellie Leger
3212 Tanner Road
Scott, LA 70583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122**

**Nonpriority creditor's name and mailing address**
Lydia S. Bordelon
233 W. Cappel Street
Marksville, LA 71351

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123**

**Nonpriority creditor's name and mailing address**
Magnolia 23 Properties, LLC
1502 Augusta
Suite 250
Houston, TX 77057

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for Bayou Long Field__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124**

**Nonpriority creditor's name and mailing address**
Margaret L. Degravelle
648 Sunset Blvd.
Baton Rouge, LA 70808

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125**

**Nonpriority creditor's name and mailing address**
Marilyn A. Stodghill
9310 NE 143rd Street
Kirkland, WA 98034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for Bayou Long Field__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126**

**Nonpriority creditor's name and mailing address**
Marjorie S. Lyons
P.O. Box 1226
Fort Bragg, CA 95437

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for Bayou Long Field__

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark T. Besse**
**3389 Tanner Road**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Beth Cuthbert**
**1084 Augusta Drive**
**Oxford, MS 38655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Broussard**
**1569 Prentiss**
**New Orleans, LA 70122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary D. Trahan**
**147 Credeur Rd**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary E. Feazel**
**966 Waif Woods Cove**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Kay Besse**
**287 Guard Road**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mary Latham Banzhoff**
**37 Tuscany Ct.**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 36 of 135

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Mary P. Zeringue**
**2900 Westchester Place**
**New Orleans, LA 70131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Mary T. Adams**
**109 Emerald Sands Lane**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Megan K. Lyons**
**2415 Clark Street**
**Apt#415**
**Dallas, TX 75204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for Bayou Long Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Melba D. Billeaud**
**101 E. Penny Drive**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Melony H. Domingue**
**P.O. Box 668**
**Duson, LA 70529**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for S. Bosco Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Michael G. Lyons**
**P.O. Box 14295**
**Humble, TX 77347**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _oil & gas lease for Bayou Long Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $19,004.67 |
|---|---|---|---|

**Michael L. Clancy**
**7000 N. 16th Street**
**Suite 120418**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Michael W. Mioton** | ☐ Contingent | |
| | **216 Arrowhead Dr.** | ☐ Unliquidated | |
| | **Pineville, LA 71360** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Missouri Pacific Railroad** | ☐ Contingent | |
| | **P. O. Box 730875** | ☐ Unliquidated | |
| | **Dallas, TX 75373-0875** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **MNSP Properties, LLC** | ☐ Contingent | |
| | **P. O. Box 3644** | ☐ Unliquidated | |
| | **Lafayette, LA 70502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mollie Ann Comeaux** | ☐ Contingent | |
| | **122 Faul Road** | ☐ Unliquidated | |
| | **Lafayette, LA 70507** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for S. Bosco Field** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Myron Sonnier** | ☐ Contingent | |
| | **134 Lation Drive** | ☐ Unliquidated | |
| | **Donaldsonville, LA 70346** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for S. Bosco Field** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nancy C. Hebert** | ☐ Contingent | |
| | **120 Faul Road** | ☐ Unliquidated | |
| | **Lafayette, LA 70507** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **oil & gas lease for S. Bosco Field** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **NC Properties, LLC** | ☐ Contingent | |
| | **P. O. Box 3644** | ☐ Unliquidated | |
| | **Lafayette, LA 70502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.148**

Nonpriority creditor's name and mailing address
**Noble Royalties, Inc.**
**d/b/a Brown Drake Royalties**
**P. O. Box 660082**
**Dallas, TX 75266-0082**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149**

Nonpriority creditor's name and mailing address
**Office of Conservation**
**P.O. Box 94275**
**Baton Rouge, LA 70804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150**

Nonpriority creditor's name and mailing address
**Office of Mineral Resources**
**P.O. Box 94275**
**Baton Rouge, LA 70804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151**

Nonpriority creditor's name and mailing address
**Office of Mineral Resources**
**State of Louisiana**
**P. O. Drawer 2827**
**Baton Rouge, LA 70821-2827**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152**

Nonpriority creditor's name and mailing address
**Office of Natural Resources Rev**
**US Department of the Interior**
**P.O. Box 25165**
**Denver, CO 80225**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153**

Nonpriority creditor's name and mailing address
**Oliver L. Degravelle, III**
**51 Doescher Drive**
**Harahan, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154**

Nonpriority creditor's name and mailing address
**P.S. Moore Mineral Partnership**
**6575 West Loop South**
**Suite 450**
**Bellaire, TX 77401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patricia Edmunds Latham**
**102 Moorings Pk Dr., Apt. E-102**
**Naples, FL 34105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patricia L. Royer**
**107 Bourque Road**
**Lafayette, LA 70506**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patrick & Ashley DeLahoussaye Jr**
**3484 Tanner Rd**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Patsy Flint Mioton**
**P. O. Box 559**
**Philadelphia, MS 39350**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Pearl B. Decuir**
**9190 Parkway Drive**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Peter A. Besse**
**273 Guard Road**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rachelle M. Beasly**
**209-D Arceneaux Rd**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.162 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Railroad Commission of Texas** | ☐ Contingent |
| **1701 North Congress** | ☐ Unliquidated |
| **Austin, TX 78701** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __open account__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.163 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Randy J. Aucoin** | ☐ Contingent |
| **127 Credeur Rd** | ☐ Unliquidated |
| **Scott, LA 70583** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __oil & gas lease for S. Bosco Field__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.164 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Raphael J. Myers** | ☐ Contingent |
| **P.O. Box 255** | ☐ Unliquidated |
| **Scott, LA 70583** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __oil & gas lease for S. Bosco Field__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.165 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Ray E. Harder, Jr.** | ☐ Contingent |
| **13185 C.R. 1141** | ☐ Unliquidated |
| **Tyler, TX 75709** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.166 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Raymond P. Zeringue** | ☐ Contingent |
| **P. O. Box 145** | ☐ Unliquidated |
| **Saint James, LA 70086** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.167 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Regions Bank** | ☐ Contingent |
| **P.O. Box 947** | ☐ Unliquidated |
| **Grenada, MS 38902** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: __oil & gas lease for Bayou Long Field__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.168 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| **Rental Properties, LTD** | ☐ Contingent |
| | ☐ Unliquidated |
| **Plaquemine, LA 70764** | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$694,934.00** |
|---|---|---|---|

**Reserves Management**
**106 Park Place**
**Suite 200**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __account payables__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ricks & Barbara Comeaux**
**816 East "E" Street**
**Rayne, LA 70578**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ricks P. Comeaux**
**816 East "E" Street**
**Rayne, LA 70578**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert D. Adams**
**20040 Webb**
**Chapel Hill, NC 27517**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00** |
|---|---|---|---|

**Robert David Phelpes**
**19306 Allview Lane**
**Houston, TX 77094**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __revenue payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert G. Cormier**
**301 Foreman Drive**
**Lafayette, LA 70506**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$382,631.00** |
|---|---|---|---|

**Roger D. Linder**
**106 Park Place**
**Suite 200**
**Covington, LA 70433**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __account payables__

Is the claim subject to offset? ■ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Roger D. Linder**
**106 Park Place**
**Suite 200**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __accounts payable__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,850,387.37** |
|---|---|---|---|

**Roger D. Linder**
**106 Park Place**
**Suite 200**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __promissory note $ 2,880,708.83__
__Accrued interest $ 1,969,678.54__
__dated 2005__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roger H. Ogden**
**460 Broadway**
**New Orleans, LA 70118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __oil & gas lease for Bayou Long Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roland J. Thibodaux**
**3344 Tanner Rd**
**Scott, LA 70583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ronald Sonnier**
**3637 Mill Street**
**Carencro, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __oil & gas lease for S. Bosco Field__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ruth E. Bell Clark**
**113 Canterbury Rd.**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,499.50** |
|---|---|---|---|

**S. D. Burgess**
**P.O. Box 1002**
**Fulshear, TX 77441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __revenue payable__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**

Nonpriority creditor's name and mailing address

**Saint Joseph Abbey,**
**A Non-Trading LA. Corporation**
**75376 River Road**
**Saint Benedict, LA 70457**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184**

Nonpriority creditor's name and mailing address

**Salt Domes Partnership**
**P.O. Box 460**
**Patterson, LA 70392**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185**

Nonpriority creditor's name and mailing address

**Sandra J. Jones**
**756 Cumberland Cove**
**Southhaven, MS 38761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**

Nonpriority creditor's name and mailing address

**Sara Latham Stelzner**
**8 Greenleaves Drive**
**Amherst, MA 01003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187**

Nonpriority creditor's name and mailing address

**Scott R. Batts**
**4025 Elizabeth Lane**
**Benton, LA 71006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**

Nonpriority creditor's name and mailing address

**Shane N. Miller**
**128 Credeur Road**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**

Nonpriority creditor's name and mailing address

**Sherry M. Mouton**
**255-D Arceneaux Road**
**Scott, LA 70583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** Nonpriority creditor's name and mailing address

**Steven & Jacqueline Vondenstein**
**211 Sylvia Loop**
**Scott, LA 70583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.191** Nonpriority creditor's name and mailing address

**Stewart & Natalie Daigle**
**107 Smart Park Lane**
**Carencro, LA 70520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.192** Nonpriority creditor's name and mailing address

**Talos Production, LLC**
**500 Dallas Street**
**Suite 2000**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$114,914.57**

---

**3.193** Nonpriority creditor's name and mailing address

**Tamara C. Jenkins**
**919 Milam**
**Suite 1910**
**Houston, TX 77002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194** Nonpriority creditor's name and mailing address

**Tammy B. Hebert**
**103 Providence Court**
**Lafayette, LA 70503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.195** Nonpriority creditor's name and mailing address

**Tammy R. Sonnier**
**801 Gazette Road**
**Scott, LA 70583**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196** Nonpriority creditor's name and mailing address

**Test. Trust by WM Smardon for**
**Louise Tobers, B.Smardon Trstee**
**730 Esplanade Ave.**
**New Orleans, LA 70116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Joy Partners LTD**
P. O. Box 576
Ardmore, OK 73402-2576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Joy Partners, LTD**
P. O. Box 576
Ardmore, OK 73402-0576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Three Z Investments, LLC**
9155 Smoke Rock Drive
Baton Rouge, LA 70817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,625.25 |
|---|---|---|---|

**Thurman Oil & Gas Properties**
103 Broadway
Sonora, KY 42776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **revenue payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Timothy McCune**
3737 McMillan Ave., Apt. 101
Dallas, TX 75206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tony & Kori Hollier**
337 Credeur Road
Scott, LA 70583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Troy D. Lyons**
P.O. Box 69
Centreville, MS 39631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.204**
Nonpriority creditor's name and mailing address
**True Hope Enterprises, Inc.**
**22130 Talbot Drive**
**Plaquemine, LA 70764**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205**
Nonpriority creditor's name and mailing address
**US Coast Guard**
**Commander Eighth Coast Guard Dis**
**500 Poydras Street**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206**
Nonpriority creditor's name and mailing address
**US Dept. of the Interior**
**Bureau of Ocean Mgt**
**1201 Elwood Pk**
**Mail Stop GM428A**
**New Orleans, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **federal lease ( oil & gas)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207**
Nonpriority creditor's name and mailing address
**US Enviro. Protection Agency**
**Region 6 Main Office**
**1445 Ross Ave**
**Suite 1200**
**Dallas, TX 75202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **open account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208**
Nonpriority creditor's name and mailing address
**Venture Partners, LTD**
**6363 Woodway**
**Suite 840**
**Houston, TX 77057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for Bayou Long Field**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209**
Nonpriority creditor's name and mailing address
**Verjane V. Arceneaux**
**308 Sidney Martin Drive**
**Apt# 130**
**Lafayette, LA 70507**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **oil & gas lease for S. Bosco Field**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210**
Nonpriority creditor's name and mailing address
**Virginia E. Herrera**
**P. O. Box 3745**
**Lafayette, LA 70502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.            Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nonpriority creditor's name and mailing address**
**Virginia H. Barber**
**c/o Hine Associates**
**7412 Shady Villa Lane**
**Houston, TX 77055**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 |

**Nonpriority creditor's name and mailing address**
**Vivian K. Zeringue**
**1163 Museum Dr., Apt. 40**
**Houma, LA 70360**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 |

**Nonpriority creditor's name and mailing address**
**W.D. Patterson, Jr.**
**665 Baltzer-Rome Road**
**Tutwiler, MS 38963**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _oil & gas lease for Bayou Long Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 |

**Nonpriority creditor's name and mailing address**
**Wanda W. Putnam**
**2270 Cortina Court**
**Grand Junction, CO 81506**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _oil & gas lease for Bayou Long Field_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 |

**Nonpriority creditor's name and mailing address**
**William & Paula Holmes**
**P. O. Box 1174**
**Franklin, LA 70538-1174**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 |

**Nonpriority creditor's name and mailing address**
**William A. Kyle**
**P. O. Box 10911**
**New Iberia, LA 70562**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 |

**Nonpriority creditor's name and mailing address**
**William Henry Latham**
**P. O. Box 525**
**Dillsburg, PA 17019-0525**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Destin Resources LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Williams Land Co.,LLC**
**P.O. Box 460**
**Patterson, LA 70392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: <u>oil & gas lease for Bayou Long Field</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wilson M. Bell, Jr.**
**403 Live Oak Drive**
**Lafayette, LA 70503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 957.09 |
| 5b. Total claims from Part 2 | 5b. + $ | 6,904,121.61 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 6,905,078.70 |

Fill in this information to identify the case:

Debtor name  **Destin Resources LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field** | |
| | State the term remaining | **indefinite** | **5055 Investments, LLC** |
| | List the contract number of any government contract | _____ | **4224 Rhone Drive Kenner, LA 70065** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Aaron & Katie Credeur** |
| | List the contract number of any government contract | _____ | **3400 Tanner Road Scott, LA 70583** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
| | State the term remaining | | **Abendorth Investments** |
| | List the contract number of any government contract | _____ | **400 Travis Street Suite 1506 Shreveport, LA 71101** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD) ,letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field** | |
| | | | **Abrammowicz Energy 1, LLC 22 Chateau Trianon Drive Kenner, LA 70065** |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 50 of 135



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| State the term remaining | **indefinite** | |
| --- | --- | --- |
| List the contract number of any government contract | _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Annabel F. Comeaux** |
| | List the contract number of any government contract | _____ | **P.O. Box 294** **Carencro, LA 70520** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Anne G. Conner** |
| | List the contract number of any government contract | _____ | **2818 Ferndale** **Houston, TX 77098** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Ashley D. Broussard** |
| | List the contract number of any government contract | _____ | **218 Croft Row** **Lafayette, LA 70503** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD) and oil and gas lease for Lakeside field** | |
| --- | --- | --- | --- |
| | State the term remaining | **indefinite** | **Austral Oil Trust** **Mary Fargan, Trustee** |
| | List the contract number of any government contract | _____ | **P.O. Drawer 2220** **Southampton, NY 11969** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for S. Thornwell Walker #9** | |
| --- | --- | --- | --- |
| | State the term remaining | **until abandoned** | **Austral Oil Trust** **Mary Fagan, TTEE-c/o P. Fagan** |
| | List the contract number of any government contract | _____ | **P.O. Drawer 2220** **Southampton, NY 11969** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Long and oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **B & L Exploration, LLC**<br>**One Galleria Blvd.**<br>**Suite 902**<br>**Metairie, LA 70001** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Barbara C. Molaison**<br>**4823 Scenic Woods Trail**<br>**Kingwood, TX 77345** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Barbara E. Adams**<br>**P.O. Box 381**<br>**Pasadena, MD 21123** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **assignment and bill of sale ( assignee)** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Basin Bosco, LLC**<br>**200 Travis Street**<br>**Suite 201**<br>**Lafayette, LA 70503** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for College Point** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Basin Exploration, Inc.**<br>**200 Travis**<br>**Suite 201**<br>**Lafayette, LA 70503** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **letter agreement with reservation of ORRI (operator)** | **Basin Louisiana, LLC**<br>**Basin Bosco, LLC**<br>**200 Travis Street**<br>**Suite 201**<br>**Lafayette, LA 70503** |
|---|---|---|---|
| | State the term remaining | **indefinite** | |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 52 of 135

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

---

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), oil and gas lease for Lakeside field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | |
| | List the contract number of any government contract | | **Bell Investments, LLC<br>460 Carmargue Lane<br>Biloxi, MS 39531** |

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | |
| | List the contract number of any government contract | | **Bermuda Dunes, LLC<br>5847 Heavenly Midst Lane<br>Las Vegas, NV 89135** |

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Blake J. Batts<br>309 S. Lee Street<br>Apt A<br>Marksville, LA 71351** |

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Blythe Ann Lyons<br>P.O. Box 1226<br>Fort Bragg, CA 95437** |

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bryan M. Batts<br>3686 Fauborg Rd<br>Washington, LA 70589** |

Debtor 1  **Destin Resources LLC**
_____  _____  _____
First Name          Middle Name          Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**operating agreement for Lakeside (Walker #7D ST#2 & SWD),letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field indefinite**

State the term remaining

List the contract number of any government contract

**Cadboro Petroleum, LLC**
**1847 Dock Street**
**Suite 204**
**New Orleans, LA 70123**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Calvin B. Garwood, III**
**1600 Mill Sprinds Drive**
**Austin, TX 78746**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Carol M. Jackson**
**1901 Birchfield Court**
**Kingsport, TN 37660**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Caroline M. Hebert**
**102 Breaux St**
**Scott, LA 70583**

---

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Casey P. Richard**
**919 Whitmore Rd**
**Scott, LA 70583**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **letter/operating agreement for N. Bayou Pigeon**

State the term remaining — **until abandoned**

List the contract number of any government contract

**Ch4net.com, Ltd.**
**P.O. Box 1000**
**Roswell, NM 88202**

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Chance A. Romero**
**1630 Prison Rd**
**Cottonport, LA 71327**

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Chastity G. Romero**
**1112 Breaux Rd**
**Lafayette, LA 70506**

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Cheryl L. Despain**
**P.O. Box 17838**
**Salt Lake City, UT 84117**

---

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Cheryl R. Myers**
**P.O. Box 1854**
**Scott, LA 70583**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any

**Christine C. Mayhall**
**3455 Royalty Court**
**Mobile, AL 36695**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Cimarron Minerals, LLC The Frost National, Trustee for Katherine Henderson P.O. Box 1600 San Antonio, TX 78296** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long,oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Club Oil & Gas Ltd, LLC 66 Inverness Lane East Englewood, CO 80112** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Clyde L. Batts 9098 Hwy 165 Pollock, LA 71467** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Long,S. Thornwell Walker #9, N. Bayou Pigeon, and Bayou Pigeon** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Consolidated Reserves Co.,LC 1800 Carol Sue Ave Suite 4 Gretna, LA 70056** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreemnet of Lakeside SL #15223 , MIOGPY Sand/ Meridian, College Point, letter/operating agreement for NE Bayou Bouillon and Bayou Pigeon** | **CRCOne, LLC 1800 Carol Sue Ave Suite 4 Gretna, LA 70056** |
|---|---|---|---|

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 56 of 135

First Name          Middle Name          Last Name

Case number *(if known)* _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract        _____

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract        _____

Culver H. Lyons
P.O. Box 2261
Alpharetta, GA 30023

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest

**operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field and Lakeside Field indefinite**

State the term remaining

List the contract number of any government contract        _____

Curocom Energy, LLC
10101 Harwin Drive
Suite 130
Houston, TX 77036

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract        _____

David R. Cormier
918 Hwy 182
Sunset, LA 70584

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract        _____

Dexter E. Lyons
P.O. Box 2261
Alpharetta, GA 30023

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any

Diane G. Stanton
7406 Lake Breeze Drive
Apt #124, Bldg 21 B
Fort Myers, FL 33907

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 57 of 135



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for College Point** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Domain Energy Production Corp.**<br>**P.O. Box 2229**<br>**Houston, TX 77252** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for College Point** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Domain Energy Ventures Corp.**<br>**P.O. Box 2229**<br>**Houston, TX 77252** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Donald & Jamie Boutin**<br>**138 Hazel Drive**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Dwayne J. Patin**<br>**204 Ramsey Drive**<br>**Carencro, LA 70520** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Edgar L. Patterson**<br>**P.O. Box 417**<br>**Sumner, MS 38963** |
| | List the contract number of any government contract | | |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 58 of 135

Debtor 1    **Destin Resources LLC**

_____    Case number _(if known)_ _____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

**operating agreement for Lakeside (Walker #7D ST#2 & SWD) , letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field**

State the term remaining   **indefinite**

List the contract number of any government contract

**Emerald Coast Energy, LLC
1333 Woodmere Drive
Mandeville, LA 70471**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

**participation/ acquisition agreement and joint operating agreement for Grand Isle #19**

State the term remaining   **until wells are decommissioned**

List the contract number of any government contract

**Energy Resource Tech. GOM,LLC
500 Dallas Street
Suite 2000
Houston, TX 77002**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Feda L. Menard
1002 Stephen Street
Scott, LA 70583**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Federal Royalty Properties, LLC
2001 Kirby Drive
Suite 1200
Houston, TX 77019**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Felicitas C. Lyons
P.O. Box 2261
Alpharetta, GA 30023**

---

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document   Pg 59 of 135



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Felton M. Johnston**<br>**4506 Tourney Rd**<br>**Bethesda, MD 20816** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD),letter/operating agreement for Bayou Long ,oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **FFO Lakeside, LLC**<br>**Attn: Kevin Frischhertz**<br>**4240 Toulouse Street**<br>**New Orleans, LA 70119** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Fielding L. Cocke**<br>**919 Milam**<br>**Suite 1910**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Future Promises, LLC**<br>**701 Brown Thrasher Loop N.**<br>**Madisonville, LA 70447** |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Pigeon** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **G. Miles Biggs, Jr.**<br>**74360 River Road**<br>**Covington, LA 70433** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

17-51634 - #1　File 12/18/17　Enter 12/18/17 08:58:13　Main Document　Pg 60 of 135



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.57. State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Georgia B. Adams
5914 Ariel Street
Houston, TX 77074**

---

2.58. State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Gerald J. Bouillion
106 Credeur
Scott, LA 70583**

---

2.59. State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Goodrich Land & Energy, LLC
1001 Fannin Street
Suite 4670
Houston, TX 77002**

---

2.60. State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Gwendolyn S. Maddox
116 River Road Drive
Lafayette, LA 70508**

---

2.61. State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Harold Savoie
P.O. Box 2881
Lafayette, LA 70502**

---

2.62. State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

**Hazel D. Myers
109 Jules Street
Scott, LA 70583**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

2.63. State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Hettie Garwood, Revoc Trust
c/o Anne Conner, Trustee
2818 Ferndale
Houston, TX 77098**

---

2.64. State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**HGFLT,LLC
1001 Fannin Street
Suite 4670
Houston, TX 77002**

---

2.65. State what the contract or lease is for and the nature of the debtor's interest — **NE Bayou Bouillon**

State the term remaining

List the contract number of any government contract

**Hilcorp Energy LP
1201 Louisiana, Ste. 1400
Houston, TX 77002**

---

2.66. State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Hollis & Pamela Clark
Co-Trustees, Clark Rev.Living Tr
1279 Savoy Rd
Sunset, LA 70584**

---

2.67. State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Irving T. Comeaux
159 Pond Drive
Morgan City, LA 70380**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.68.** State what the contract or lease is for and the nature of the debtor's interest

**letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field until abandoned**

State the term remaining

List the contract number of any government contract

**Irvy E. Cosse Jr.**
**1130 St. Charles Ave**
**New Orleans, LA 70130**

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest

**letter/operating agreement for Bayou Pigeon**

State the term remaining    **until abandoned**

List the contract number of any government contract

**James D. Finley**
**c/o Finley Resources**
**P.O. Box 2200**
**Fort Worth, TX 76113**

---

**2.70.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**James J. Adams**
**206 Sunny Lane**
**Lafayette, LA 70506**

---

**2.71.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Janet C. Johnson**
**107 Sylvia Loop**
**Scott, LA 70583**

---

**2.72.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Janice C. Farris**
**7608 Holly Oak Circle**
**Austin, TX 78744**

---

**2.73.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

**Jason G. Richard**
**5483 Mire Hwy**
**Rayne, LA 70578**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jason R. Domingue**<br>**P.O. Box 442**<br>**Duson, LA 70529** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jeanerette Minerals, LLC**<br>**228 St. Charles Ave**<br>**Suite 1424**<br>**New Orleans, LA 70130** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jeanette G. Domingue**<br>**P.O. Box 293**<br>**Duson, LA 70529** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), oil and gas lease for Lakeside field** |
|---|---|---|
| | State the term remaining | **indefinite** |
| | List the contract number of any government contract _____ | **JED D, LLC**<br>**1 Greenbriar Drive**<br>**Covington, LA 70433** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jeffery J. Cormier**<br>**P.O. Box 1083**<br>**Youngsville, LA 70592** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Jerry L. Robin**<br>**2726 Springton**<br>**Spring, TX 77386** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), oil & gas lease for Lakeside field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **JKDF, LLC**<br>**506 Water Street**<br>**Suite B**<br>**Madisonville, LA 70447** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **John & Carolyn Prejean**<br>**1404 Roper Drive**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **John & Cheryl Fell**<br>**317 John Fell Loop**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **John M. Garwood**<br>**450 W. Pioneer**<br>**Number 394**<br>**Glendale, CA 91203** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Joseph & Connie Vasseur**<br>**519 Whitmore Rd**<br>**Scott, LA 70583** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Joseph D. Cormier**<br>**3388 Tanner Road**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | _____ | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Joseph O. Besse, Jr**<br>**3389 Tanner Rd**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | _____ | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Joseph W. Getzler**<br>**21500 Califa Street**<br>**Unit 132**<br>**Woodland Hills, CA 91367** |
| | List the contract number of any government contract | _____ | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Judd Partners**<br>**6575 W. Loop South**<br>**Suite 450**<br>**Bellaire, TX 77401** |
| | List the contract number of any government contract | _____ | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Judith J. Jones**<br>**160 Indian Bayou Drive**<br>**Destin, FL 32541** |
| | List the contract number of any government contract | _____ | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Judy Anne Besse** |
| | List the contract number of any government contract | | **401 W. LaVeta Ave No. 172 Orange, CA 92866** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD) , letter/operating agreement for Bayou Long ,oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **KDB Investments, LLC** |
| | List the contract number of any government contract | | **343 Elmeer Ave Metairie, LA 70005** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Keith J. Richard** |
| | List the contract number of any government contract | | **111 Canadian Lane Church Point, LA 70525** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Kenneth R. Credeur** |
| | List the contract number of any government contract | | **3206 Ashton Park Dr Houston, TX 77082** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), oil and gas lease for Lakeide field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Koupanis Investments, LLC** |
| | List the contract number of any government contract | | **116 Basalt Springs Way Naches, WA 98937** |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 67 of 135

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Kyle J. David** |
| | List the contract number of any government contract | | **215 Arceneaux Circle** |
| | | | **Scott, LA 70583** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Pigeon** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **LA Luna Production Co.** |
| | List the contract number of any government contract | | **2218 Long Cove Circle** |
| | | | **Houston, TX 77450** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Lerline A. Thibodeaux** |
| | List the contract number of any government contract | | **3035 Tanner Rd** |
| | | | **Scott, LA 70583** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for NE Bayou Bouillon** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Les Landry** |
| | List the contract number of any government contract | | **1201 Louisiana** |
| | | | **Suite 1400** |
| | | | **Houston, TX 77002** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **general agreement of indemnity (bonding)** | |
|---|---|---|---|
| | State the term remaining | | **Lexon Surety Company** |
| | List the contract number of any government contract | | **Lexon Insurance Company** |
| | | | **10002 Shelbyville Road** |
| | | | **Suite 100** |
| | | | **Louisville, KY 40223** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for College Point** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Linder Energy Company** |
| | List the contract number of any | | **1800 Carol Sue Ave** |
| | | | **Suite 4** |
| | | | **Gretna, LA 70056** |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 68 of 135



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| | | | |
|---|---|---|---|
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for College Point** | |
| | State the term remaining | **until abandoned** | **Louisiana General Oil Co.** |
| | List the contract number of any government contract | | **74360 River Road**<br>**Covington, LA 70433** |

| | | | |
|---|---|---|---|
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Lucille R. Ransom** |
| | List the contract number of any government contract | | **619 D. Arceneaux Rd**<br>**Scott, LA 70583** |

| | | | |
|---|---|---|---|
| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Ludrine & Nellie Leger** |
| | List the contract number of any government contract | | **3212 Tanner Road**<br>**Scott, LA 70583** |

| | | | |
|---|---|---|---|
| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Lydia S. Bordelon** |
| | List the contract number of any government contract | | **233 W. Cappel Street**<br>**Marksville, LA 71351** |

| | | | |
|---|---|---|---|
| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
| | State the term remaining | | **Magnolia 23 Properties, LLC** |
| | List the contract number of any government contract | | **1502 Augusta**<br>**Suite 250**<br>**Houston, TX 77057** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

**letter/operating agreement for Bayou Long ,oil & gas lease for Bayou Long Fieldland Lakeside Field**

State the term remaining **until abandoned**

List the contract number of any government contract

Marc L. Frischhertz
131 Conrad Street
New Orleans, LA 70124

**2.107.** State what the contract or lease is for and the nature of the debtor's interest

**operating agreement for Lakeside (Walker #7D ST#2 & SWD), oil and gas lease for Lakeside field**

State the term remaining **indefinite**

List the contract number of any government contract

Marcelle's Place, LLC
131 Conrad Street
New Orleans, LA 70124

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

Marilyn A. Stodghill
9310 NE 143rd Street
Kirkland, WA 98034

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

Marjorie S. Lyons
P.O. Box 1226
Fort Bragg, CA 95437

**2.110.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

Mark T. Besse
3389 Tanner Rd
Scott, LA 70583

**2.111.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

Mary Beth Cuthbert
1084 Augusta Drive
Oxford, MS 38655

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Broussard**<br>**1569 Prentiss**<br>**New Orleans, LA 70122** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary D. Trahan**<br>**147 Credeur Rd**<br>**Scott, LA 70583** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary E. Feazel**<br>**966 Waif Woods Cove**<br>**Cordova, TN 38018** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary Kay Besse**<br>**287 Guard Rd**<br>**Scott, LA 70583** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mary R. Broussard**<br>**1569 Prentiss Ave**<br>**New Orleans, LA 70122** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Mary T. Adams** |
| | List the contract number of any government contract | | **109 Emerald Sands Lane** **Lafayette, LA 70508** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Megan K. Lyons** **2415 Clark Street** |
| | List the contract number of any government contract | | **Apt # 415** **Dallas, TX 75204** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Melba D. Billeaud** |
| | List the contract number of any government contract | | **101 E. Penny Drive** **Lafayette, LA 70506** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Melony H. Domingue** |
| | List the contract number of any government contract | | **P.O. Box 668** **Duson, LA 70529** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field and Lakeside Field indefinite** | |
|---|---|---|---|
| | State the term remaining | | **Michael D. Stanfield** |
| | List the contract number of any government contract | | **213 Cotton Bayou Lane** **Kenner, LA 70065** |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 72 of 135

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Michael Lyons**<br>**P.O. Box 14295**<br>**Humble, TX 77347** |
| | List the contract number of any government contract | | |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Long and oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | **until prospect is abandoned** | **Michip, Inc**<br>**1515 Poydras**<br>**Suite 1825**<br>**New Orleans, LA 70130** |
| | List the contract number of any government contract | | |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD), oil and gas lease for Lakeside field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Mirror Lake Exploration, LLC**<br>**106 Knipp Road**<br>**Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Mollie Ann Comeaux**<br>**122 Faul Road**<br>**Lafayette, LA 70507** |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Myron A. Sonnier**<br>**134 Lation Drive**<br>**Donaldsonville, LA 70346** |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Nancy C. Hebert**<br>**120 Faul Rd**<br>**Lafayette, LA 70507** |

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 73 of 135

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | letter/operating agreement for Bayou Long and oil & gas lease for Bayou Long Field | |
|---|---|---|---|
| | State the term remaining | until abandoned | **Northlake Production, LLC** |
| | List the contract number of any government contract | | **646 Adair Street** **Mandeville, LA 70448** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field | |
|---|---|---|---|
| | State the term remaining | indefinite | **Ona Investments, LLC** |
| | List the contract number of any government contract | | **4820 Richalnd Ave** **Metairie, LA 70002** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | oil & gas lease for Bayou Long Field | |
|---|---|---|---|
| | State the term remaining | | **P.S. Moore Mineral Partnership** |
| | List the contract number of any government contract | | **6575 West Loop South** **Suite 450** **Bellaire, TX 77401** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | oil & gas lease for S. Bosco Field | |
|---|---|---|---|
| | State the term remaining | | **Patricia L. Royer** |
| | List the contract number of any government contract | | **107 Bourque Rd** **Lafayette, LA 70506** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | letter/operating agreement for Bayou Long and oil & gas lease for Bayou Long Field | |
|---|---|---|---|
| | State the term remaining | until abandoned | **Patricia Swims, LLC** **1457 Eastridge Drive** **Slidell, LA 70458** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

---

**2.133.** State what the contract or lease is for and the nature of the debtor's interest — oil & gas lease for S. Bosco Field

State the term remaining

List the contract number of any government contract _____

Patrick & Ashley DeLahoussaye
3484 Tanner Rd
Scott, LA 70583

---

**2.134.** State what the contract or lease is for and the nature of the debtor's interest — oil & gas lease for S. Bosco Field

State the term remaining

List the contract number of any government contract _____

Pearl B. Decuir
9190 Parkway Drive
Baton Rouge, LA 70810

---

**2.135.** State what the contract or lease is for and the nature of the debtor's interest — letter/operating agreement for Bayou Long, operating agreement for College Point and oil & gas lease for Bayou Long Field

State the term remaining — until prospect is abandoned

List the contract number of any government contract _____

Perkinson Energy Part JV93-1
P.O. Box 682945
Franklin, TN 37064

---

**2.136.** State what the contract or lease is for and the nature of the debtor's interest — oil & gas lease for S. Bosco Field

State the term remaining

List the contract number of any government contract _____

Peter A. Besse
273 Guard Rd
Scott, LA 70583

---

**2.137.** State what the contract or lease is for and the nature of the debtor's interest — letter/operating agreement for Bayou Pigeon

State the term remaining — until abandoned

List the contract number of any government contract _____

R. Scott Briggs
P.O. Box 528
Roanoke, TX 76262

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD) ,oil and gas lease for Lakeside field** | |
| | State the term remaining | **indefinite** | **RACD Oil, LLC**<br>**Attn: Anne Dardis**<br>**1405 Pier Ave**<br>**Metairie, LA 70005** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Rachelle M. Beasly**<br>**209-D Arceneaux Rd**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Pigeon** | |
| | State the term remaining | **until abandoned** | **Ramco, Inc.**<br>**P.O. Box 52027**<br>**Lafayette, LA 70505** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Randy J. Aucoin**<br>**127 Credeur Rd**<br>**Scott, LA 70583** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for College Point** | |
| | State the term remaining | **until abandoned** | **Range Production, L.P.**<br>**777 Main Street**<br>**Suite 800**<br>**Fort Worth, TX 76102** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
| | State the term remaining | | **Raphael J. Myers**<br>**P.O. Box 255**<br>**Scott, LA 70583** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **operating agreement for Lakeside (Walker #7D ST#2 & SWD) , letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field and Lakeside field** | |
|---|---|---|---|
| | State the term remaining | **indefinite** | **Reelengine, LLC** |
| | List the contract number of any government contract _____ | | **131 Ayshire Ct.**<br>**Slidell, LA 70461** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Regions Bank** |
| | List the contract number of any government contract _____ | | **P.O. Box 947**<br>**Grenada, MS 38902** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **contract operating agreement ( operator) , oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **1 year evergreen** | **Reserves Management** |
| | List the contract number of any government contract _____ | | **106 Park Place**<br>**Suite 200**<br>**Covington, LA 70433** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Reserves Managment LLC** |
| | List the contract number of any government contract _____ | | **1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | | **Reserves Managment LLC** |
| | List the contract number of any government contract | | **1800 Carol Sue Ave**<br>**Suite 4**<br>**Gretna, LA 70056** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

---

**2.149.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Ricks & Barbara Comeaux**
**816 East "E" Street**
**Rayne, LA 70578**

---

**2.150.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Ricks Peter Comeaux**
**816 East "E" Street**
**Rayne, LA 70578**

---

**2.151.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Robert D. Adams**
**20040 Webb**
**Chapel Hill, NC 27517**

---

**2.152.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Robert G. Cormier**
**301 Foreman Dr**
**Lafayette, LA 70506**

---

**2.153.** State what the contract or lease is for and the nature of the debtor's interest

**operating agreement for Lakeside (Walker #7D ST#2 & SWD) , letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field and Lakeside field indefinite**

State the term remaining

List the contract number of any government contract

**Robert L. Hall**
**203 Rue Mon Jardin**
**Madisonville, LA 70447**

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Pigeon** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Roger D. Linder** |
| | List the contract number of any government contract | | **106 Park Place Suite 200 Covington, LA 70433** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Roger H. Ogden** |
| | List the contract number of any government contract | | **460 Broadway New Orleans, LA 70118** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Roland J. Thibodaux** |
| | List the contract number of any government contract | | **3344 Tanner Rd Scott, LA 70583** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** | |
|---|---|---|---|
| | State the term remaining | | **Ronald Sonnier** |
| | List the contract number of any government contract | | **3637 Mill Street Carencro, LA 70520** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Long , oil & gas lease for Bayou Long Field and Lakeside Field** | |
|---|---|---|---|
| | State the term remaining | **until abandoned** | **Rosemary Anne Oil, LLC** |
| | List the contract number of any government contract | | **1405 Pier Ave Metairie, LA 70005** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Salt Dome Partnership P.O. Box 460 Patterson, LA 70392** |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

**2.160.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract _____

Sandra J. Jones
756 Cumberland Cove
Southhaven, MS 38761

**2.161.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract _____

Scott R. Batts
4025 Elizabeth Lane
Benton, LA 71006

**2.162.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract _____

Shane N. Miller
128 Credeur Rd
Scott, LA 70583

**2.163.** State what the contract or lease is for and the nature of the debtor's interest — **oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract _____

Sherry M. Mouton
225-D Arceneaux Rd
Scott, LA 70583

**2.164.** State what the contract or lease is for and the nature of the debtor's interest — **offshore operating agreement, letter agreement, and escrow agreement for W. Cameron Block 168 as long as lease is in effect**

State the term remaining

List the contract number of any government contract _____

Sojitz Energy Venture, Inc.
2000 W. Sam Houston Pkwy S #1450
Houston, TX 77042

17-51634 - #1   File 12/18/17   Enter 12/18/17 08:58:13   Main Document   Pg 80 of 135



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.165.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Steven & Jacqueline Vondenstein**
**211 Sylvia Loop**
**Scott, LA 70583**

---

**2.166.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Stewart & Natalie Daigle**
**107 Smart Park Lane**
**Carenco, LA 70520**

---

**2.167.** State what the contract or lease is for and the nature of the debtor's interest

**operating agreement for Lakeside (Walker #7D ST#2 & SWD), letter/operating agreement for Bayou Long, oil & gas lease for Bayou Long Field, and Lakeside Field**

State the term remaining — **indefinite**

List the contract number of any government contract

**Stratford Exploration, LLC**
**c/o Lyford Oil Corporation**
**P.O. Box 404**
**Milton, LA 70558**

---

**2.168.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Tamara C. Jenkins**
**919 Milam**
**Suite 1910**
**Houston, TX 77002**

---

**2.169.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Tammy B. Hebert**
**103 Providence Court**
**Lafayette, LA 70506**

---

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 81 of 135



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.170.** State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
| State the term remaining | |
| List the contract number of any government contract | **Tammy R. Sonnier**<br>**801 Gazette Rd**<br>**Scott, LA 70583** |
| **2.171.** State what the contract or lease is for and the nature of the debtor's interest | **letter/operating agreement for Bayou Pigeon** |
| State the term remaining | **until abandoned** |
| List the contract number of any government contract | **Texas Petroleum Inv. Co.**<br>**5850 San Felipe**<br>**Suite 250**<br>**Houston, TX 77057** |
| **2.172.** State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for S. Bosco Field** |
| State the term remaining | |
| List the contract number of any government contract | **Tony & Kori Hollier**<br>**337 Credeur Rd**<br>**Scott, LA 70583** |
| **2.173.** State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** |
| State the term remaining | |
| List the contract number of any government contract | **Troy D. Lyons**<br>**P.O. Box 69**<br>**Centreville, MS 39631** |
| **2.174.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **U.S. Coast Guard**<br>**2703 MLK, Jr. Ave. SE**<br>**Washington, DC 20593-7000** |

17-51634 - #1   File 12/18/17   Enter 12/18/17 08:58:13   Main Document   Pg 82 of 135

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

**Federal lease for: S. Marsh Island BLK 8; Vermillion Blk 62; W.Cameron BLK 254; Vermiliion Blk 86; E.Cameron Blk 48; S.Timbalier Blk 171; W. Cameron Blk 168;**

State the term remaining

List the contract number of any government contract

**U.S. Department of the Interior Bureau of Ocean Energy Mgt. Gulf Of Mexico OCS Region 1201 Elmwood Park Blvd. New Orleans, LA 70123**

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**Venture Partners, LTD 6363 Woodway Suite 840 Houston, TX 77057**

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for S. Bosco Field**

State the term remaining

List the contract number of any government contract

**Verjane V. Arceneaux 308 Sidney Martin Dr Apt. 130 Lafayette, LA 70507**

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

**letter/operating agreement for Bayou Pigeon**

State the term remaining

**until abandoned**

List the contract number of any government contract

**Vinton Freedley, III 80 Cloudview Road Sausalito, CA 94965**

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

**oil & gas lease for Bayou Long Field**

State the term remaining

List the contract number of any government contract

**W.D. Patterson, Jr. 665 Baltzer-Rome Road Tutwiler, MS 38963**

---

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 83 of 135



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Wanda Putnam** |
| | List the contract number of any government contract | | **2270 Cortina Court** <br> **Grand Junction, CO 81506** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Saltwater disposal well agreement** | |
|---|---|---|---|
| | State the term remaining | | **Williams Inc.** <br> **Whitney Bank Building** <br> **228 St. Charles** <br> **Suite 1323** |
| | List the contract number of any government contract | | **New Orleans, LA 70130** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **oil & gas lease for Bayou Long Field and oil & gas lease for Bayou Long Field** | |
|---|---|---|---|
| | State the term remaining | | **Williams Land Com., LLC** |
| | List the contract number of any government contract | | **P.O. Box 460** <br> **Patterson, LA 70392** |

**Fill in this information to identify the case:**

Debtor name **Destin Resources LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Reserves Management** | **106 Park Place Suite 200 Covington, LA 70433** | **Talos Production, LLC** | ☐ D _____ <br> ■ E/F ___3.192___ <br> ☐ G _____ |
| 2.2 **Reserves Management** | **106 Park Place Suite 200 Covington, LA 70433** | **The Cadle Company II, Inc.** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name **Destin Resources LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☒ Operating a business<br>☐ Other | **$1,684,974.00** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☒ Operating a business<br>☐ Other | **$5,019,948.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☒ Operating a business<br>☐ Other | **$2,102,049.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Linder Oil Co. A Partnership**<br>**106 Park Place**<br>**Ste 200**<br>**Covington, LA 70433**<br>**affiliate** | **10/4/2016 thru 5/23/2017** | **$94,296.82** | **joint interest payment/contract overhead payment/ interest & LOC fees** |
| 4.2. **Reserves Management**<br>**106 Park Place**<br>**Suite 200**<br>**Covington, LA 70433**<br>**affiliate** | **3/22/2017 & 4/26/2017** | **$22,520.09** | **lease bonus payment & interest payment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Talos Production, LLC**<br>**500 Dallas Street**<br>**Suite 2000**<br>**Houston, TX 77002** | **Talos-ERT is deduction revenues against Joint Billings for Working Interest @ GRand Isle Block 19**<br>Last 4 digits of account number: _____ | **Statement 10/10/17 bal. owed $114,914.57 $100,690.82 disputed** | **$100,690.82** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 87 of 135

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
    | | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|
    | 11.1. **H. Kent Aguillard** P. O. Box 391 Eunice, LA 70535 | **Attorney Fees of $3665.00 and court cost of $335.00** | **October 06, 2017** | **$4,000.00** |
    | Email or website address | | | |
    | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

---

**Part 7:**    **Previous Locations**

17-51634 - #1  File 12/18/17  Enter 12/18/17 08:58:13  Main Document  Pg 88 of 135

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First NBC Bank**<br>**210 Baronne Street**<br>**New Orleans, LA 70112** | XXXX-5118 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 04/28/2017 | $0.00 |

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Reserves Management<br>106 Park Place<br>Suite 200<br>Covington, LA 70433 | | S.Marsh Island Blk8;<br>Vermillion Blk 92; W.Cameron<br>Blk 254; Vermillion Blk 86;<br>E.Cameron Blk 48;<br>S.Timbalier Blk 171 | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Reserves Management, L.C.<br>106 Park Place, Ste. 200<br>Covington, LA 70433 | | Bayou Long Field | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Parkinson JV-93<br>P. O. Box 680745<br>Franklin, TN 37064-0745 | | Bayou Long Field | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Robert L. Hall<br>203 Rue Mon Jardin<br>Madisonville, LA 70447 | | Bayou Long Field | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Michip, Inc.<br>1130 St. Charles Ave.<br>New Orleans, LA 70130 | | Bayou Long Field | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Reelengine, LLC<br>1117 Clipper Drive.<br>Slidell, LA 70458 | | Bayou Long Field | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Patricia Swims, LLC<br>1117 Clipper Dr.<br>Slidell, LA 70458 | | Bayou Long Field | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Northlake Production, LLC**<br>**646 Adair St.**<br>**Mandeville, LA 70448** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Cadboro Petroleum, LLC**<br>**1847 Dock St., Ste. 204**<br>**New Orleans, LA 70123** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **B & L Exploration, LLC**<br>**One Galleria Blvd., Ste. 902**<br>**Metairie, LA 70001** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Curocom Energy, LLC**<br>**5075 Westheimer Rd., Ste. 757**<br>**Houston, TX 77056** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Club Oil & Gas Ltd, LLC**<br>**66 Inverness Lane East**<br>**Englewood, CO 80112** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Abramowicz Energy 1, LLC**<br>**22 Chateau Trianon Dr.**<br>**Kenner, LA 70065** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **5055 Investments, LLC**<br>**4224 Rhone Drive**<br>**Kenner, LA 70065** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **KDB Investments, LLC**<br>**343 Elmeer Ave.**<br>**Metairie, LA 70005** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bermuda Dunes, LLC**<br>**7888 Bermuda Dunes Ave.**<br>**Las Vegas, NV 89113-1221** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ona Investments, LLC**<br>**4820 Richland Ave.**<br>**Metairie, LA 70002** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Michael D. Stanfield**<br>**213 Cotton Bayou Lane**<br>**Kenner, LA 70065** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **FFO, LLC**<br>**4240 Toulouse St.**<br>**New Orleans, LA 70119** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Rosemary Anne Oil, LLC**<br>**6321 South Robertson**<br>**New Orleans, LA 70118** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Marc L. Frischhertz**<br>**131 Conrad St.**<br>**New Orleans, LA 70124** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Irvy E. Cosse, Jr.**<br>**1130 St. Charles Ave.**<br>**New Orleans, LA 70130** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Emerald Coast Energy, LLC**<br>**106 Park Place, Ste. 200**<br>**Covington, LA 70433** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Stratford Exploration, LLC**<br>**P. O. Box 404**<br>**Milton, LA 70558** | | **Bayou Long Field** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Future Promises, LLC**<br>**701 Brown Thasher Loop N**<br>**Madisonville, LA 70447** | | **Bayou Long Field** | **Unknown** |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Brian E. Adorno, CPA, APC<br>P.O. Box 9577<br>Metairie, LA 70055 | **2000 to current** |
| 26a.2. | Panepinto, Melanson. McKnight, & Meek<br>1800 Carol Sue Ave.<br>Suite 4<br>Gretna, LA 70056 | **Panepinto:<br>1987-current;<br>Melanson<br>1984-current<br>McKnight<br>1985-current; Meek<br>1983-2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Panepinto & Melanson<br>1800 Carol Sue Ave.<br>Suite 4<br>Gretna, LA 70056 | **1984- current** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | Brian E. Adorno, CPA, APC<br>P.O. Box 9577<br>Metairie, LA 70055 | **2000-current** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.3. | Marcum, LP<br>750 Third Ave<br>11th Floor<br>New York, NY 10017 | **08/03/2015 thru<br>12/30/2015** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Panepinto & Melanson**<br>**1800 Carol Sue Ave.**<br>**Suite 4**<br>**Gretna, LA 70056** | |
| 26c.2. **Brain E. Adorno, CPA**<br>**P.O. Box 9577**<br>**Metairie, LA 70055** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First NBC Bank**<br>**210 Baronne Street**<br>**New Orleans, LA 70112** |
| 26d.2. **FDIC**<br>**1601 Bryan Street**<br>**Dallas, TX 75201** |
| 26d.3. **Petro-Marine Underwriters**<br>**Lexon Insurance Company**<br>**85 South Wren Street**<br>**New Orleans, LA 70112** |
| 26d.4. **Marcum, LP**<br>**750 Third Ave**<br>**11th Floor**<br>**New York, NY 10017** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Roger D. Linder | 106 Park Place<br>Suite 200<br>Covington, LA 70433 | Member and Manager | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 11, 2017**

**/s/ Roger D. Linder**                                          **Roger D. Linder**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Louisiana

In re **Destin Resources LLC**
Debtor(s)

Case No. _____
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 3,665.00** |
| Prior to the filing of this statement I have received | $ 3,665.00 |
| Balance Due | $ 0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor  ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor  ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtor(s) in any adversary proceeding, litigation, any functions which are the responsibility of a Trustee.**
    **\*\*Plus $400 per hour after exhausted.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 11, 2017**
*Date*

**/s/ H. Kent Aguillard**
**H. Kent Aguillard 02354**
*Signature of Attorney*
**H. Kent Aguillard**
**P. O. Box 391**
**Eunice, LA 70535**

*Name of law firm*

---

5055 Investments, LLC
4224 Rhone Drive
Kenner, LA 70065


A. Cecil Zeringue
P. O. Box 9188
Houma, LA 70361


Aaron & Katie Credeur
3400 Tanner Rd
Scott, LA 70583


Aaron & Katie Credeur
3400 Tanner Road
Scott, LA 70583


Abendorth Investments
400 Travis Street
Suite 1506
Shreveport, LA 71101


Abrammowicz Energy 1, LLC
22 Chateau Trianon Drive
Kenner, LA 70065


Ann Harder
4610 Regina Lane
Beaumont, TX 77706


Annabel F. Comeaux
P.O. Box 294
Cameron, LA 70520


Annabel F. Comeaux
P.O. Box 294
Carencro, LA 70520

Anne G. Conner
2818 Ferndale
Houston, TX 77098


Ashley D. Broussard
218 Croft Row
Lafayette, LA 70503


Austral Oil Trust
Mary Fargan, Trustee
P.O. Drawer 2220
Southampton, NY 11969


Austral Oil Trust
Mary Fagan, TTEE-c/o P. Fagan
P.O. Drawer 2220
Southampton, NY 11969


B & L Exploration, LLC
One Galleria Blvd.
Suite 902
Metairie, LA 70001


Barbara B. Kyle
7412 Shady Villa Lane
Houston, TX 77055


Barbara C. Molaison
4823 Scenic Woods Trail
Kingwood, TX 77345


Barbara E. Adams
P.O. Box 381
Pasadena, MD 21123


Basin Bosco, LLC
200 Travis Street
Suite 201
Lafayette, LA 70503

Basin Exploration, Inc.
200 Travis
Suite 201
Lafayette, LA 70503


Basin Louisiana, LLC
Basin Bosco, LLC
200 Travis Street
Suite 201
Lafayette, LA 70503


Bell DeGravelle O'Roark
648 Sunset Blvd.
Baton Rouge, LA 70808


Bell Investments, LLC
460 Carmargue Lane
Biloxi, MS 39531


Bermuda Dunes, LLC
5847 Heavenly Midst Lane
Las Vegas, NV 89135


Betty White Mioton
2828 State St.
New Orleans, LA 70118-5632


Billie Latham Bagley
306 South Lafayette
San Saba, TX 76877


Billie Marie Smardon
P. O. Box 932
Sun Valley, ID 83353


Blake J. Batts
309 South Lee Street
Apt A
Marksville, LA 71351

Blake J. Batts
309 S. Lee Street
Apt A
Marksville, LA 71351


Blythe Ann Lyons
P.O. Box 1226
Fort Bragg, CA 95437


Bradford A. Mioton
6076 Sparkling Brook Lane
Leander, TX 78641


Bryan M. Batts
3686 Fauborg Road
Washington, LA 70589


Bryan M. Batts
3686 Fauborg Rd
Washington, LA 70589


Bureau of Ocean Energy Mgt
US Dept of the Interior
1201 Elmwood Park Blvd
Mail Stop GM 428 A
New Orleans, LA 70123


Bureau of Safety & Env. Enforce.
US Dept of the Interior
Office of Field Operations
1201 Elmwood Park Blvd
New Orleans, LA 70123


Cadboro Petroleum, LLC
1847 Dock Street
Suite 204
New Orleans, LA 70123

Calvin B. Garwood, III
1600 Mill Springs Drive
Austin, TX 78746


Calvin B. Garwood, III
1600 Mill Sprinds Drive
Austin, TX 78746


Carol M. Jackson
1901 Birchfield Court
Kingsport, TN 37660


Caroline M. Hebert
102 Breaux St
Scott, LA 70583


Casey P. Richard
919 Whitmore Rd
Scott, LA 70583


Ch4net.com, Ltd.
P.O. Box 1000
Roswell, NM 88202


Chance A. Romero
1630 Prison Road
Cottonport, LA 71327


Chance A. Romero
1630 Prison Rd
Cottonport, LA 71327


Charla Ann Talbot
33017 Malinta Ave.
Acton, CA 93510

Charles E. Kyle
7504 Park Drive N
Tampa, FL 33610-1062


Charles N. Bell, Jr.
2704 Bramble Drive
Monroe, LA 71201


Charlton & Mary Ogden, II
c/o Charlton Ogden, III
1100 Poydras, 2100 Energy Cntr
New Orleans, LA 70163-2100


Chastity G. Romero
1112 Breaux Road
Lafayette, LA 70506


Chastity G. Romero
1112 Breaux Rd
Lafayette, LA 70506


Cheryl L. Despain
P.O. Box 17838
Salt Lake City, UT 84117


Cheryl R. Myers
P.O. Box 1854
Scott, LA 70583


Childrens Hospital Los Angeles
4650 W. Sunset Blvd.
Mail Stop 21
Los Angeles, CA 90027


Christine C. Mayhall
3455 Royalty Court
Mobile, AL 36695

Cimarron Minerals, LLC
The Frost National, Trustee for
Katherine Henderson
P.O. Box 1600
San Antonio, TX 78296


Club Oil & Gas Ltd, LLC
66 Inverness Lane East
Englewood, CO 80112


Clyde L. Batts
9098 Hwy 165
Pollock, LA 71467


Consolidated Reserves Co.,LC
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


Consolidated Reserves Company
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


CRCOne, LLC
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


Culver H. Lyons
P.O. Box 2261
Alpharetta, GA 30023


Culver H. Lyons, Jr.
P.O. Box 2261
Alpharetta, GA 30023

Curocom Energy, LLC
10101 Harwin Drive
Suite 130
Houston, TX 77036


David R. Cormier
918 Hwy 182
Sunset, LA 70584


Department of Natural Resources
P.O. Box 94396
Baton Rouge, LA 70804


Dexter E. Lyons
P.O. Box 2261
Alpharetta, GA 30023


Dextor E. Lyons
P.O. Box 2261
Alpharetta, GA 30023


Diane G. Stanton
7406 Lake Breeze Drive
Apt#214 Bldg 21B
Fort Myers, FL 33907


Diane G. Stanton
7406 Lake Breeze Drive
Apt #124, Bldg 21 B
Fort Myers, FL 33907


Domain Energy Production Corp.
P.O. Box 2229
Houston, TX 77252


Domain Energy Ventures Corp.
P.O. Box 2229
Houston, TX 77252

Donald & Jamie Boutin
138 Hazel Drive
Scott, LA 70583


Donald Mioton III
279 Pleasant Ave., Apt. 2N
New York, NY 10029


Donna M. McDonnell
P. O. Box 547
Biloxi, MS 39533


Dwayne J. Patin
204 Ramsey Drive
Carencro, LA 70520


Edgar L. Patterson
P.O. Box 417
Sumner, MS 38963


Edra Harder Bogucki
255 Southland Dr.
Lumberton, TX 77657


Elizabeth Z. Ordeneaux
P. O. Box 144
Paulina, LA 70763


Emerald Coast Energy, LLC
1333 Woodmere Drive
Mandeville, LA 70471


Energy Resource Tech. GOM,LLC
500 Dallas Street
Suite 2000
Houston, TX 77002

Ernest D. Latham Trust
M&T Invest Grp Tst RE MD2-CS54
P. O. Box 1596
Baltimore, MD 21203


Ernest&Belinda Latham Revocble
TST, C/o Belinda Latham, Trustee
5 Cabernet Ct.
Scotts Valley, CA 95066


Feda L. Menard
1002 Stephen Street
Scott, LA 70583


Federal Royalty Properties, LLC
2001 Kirby Drive
Suite 1200
Houston, TX 77019


Felicitas C. Lyons
P.O. Box 2261
Alpharetta, GA 30023


Felton M. Johnston
4506 Tourney Road
Bethesda, MD 20816


Felton M. Johnston
4506 Tourney Rd
Bethesda, MD 20816


FFO Lakeside, LLC
Attn: Kevin Frischhertz
4240 Toulouse Street
New Orleans, LA 70119

```
Fielding L. Cocke
919 Milam
Suite 1910
Houston, TX 77002


Five Starr Roy. Partners, Ltd
P. O. Box 22084
Denver, CO 80222


Florida Richard Martin Trust
c/o Florida M. Ritchie Trustee
P. O. Box 241782
Little Rock, AR 72223-0014


Future Promises, LLC
701 Brown Thrasher Loop N.
Madisonville, LA 70447


G. Miles Biggs, Jr.
74360 River Road
Covington, LA 70433


Gene M. Zeringue
P. O. Box 26
Saint James, LA 70086


Georgia B. Adams
5914 Ariel Street
Houston, TX 77074


Georgie B. Adams
5914 Ariel Street
Houston, TX 77074


Gerald J. Bouillion
106 Credeur
Scott, LA 70583
```

Gerald J. Bouillon
106 Credeur
Scott, LA 70583


Globe-Texas Company
c/o Walker Louisiana Propertie
P.O. Box 1048
Lake Charles, LA 70602


Goodrich Land & Energy, LLC
1001 Fannin Street
Suite 4670
Houston, TX 77002


Gwendolyn Maddox
116 River Road Drive
Lafayette, LA 70508


Gwendolyn S. Maddox
116 River Road Drive
Lafayette, LA 70508


Harold L. Savoie
P.O. Box 2881
Lafayette, LA 70502


Harold Savoie
P.O. Box 2881
Lafayette, LA 70502


Harriet Pauline Bell
403 Live Oak Drive
Lafayette, LA 70503-4007


Harriss K. Muller
280 N.W. Birch Place
Issaquah, WA 98027

Hazel D. Myers
109 Jules Street
Scott, LA 70583


Henry Fielding Lewis, Jr.
P. O. Box 140
Franklin, LA 70538


Hettie Garwood
Revocable Trust
c/o Anne G. Conner, Trustee
2818 Ferndale
Houston, TX 77098


Hettie Garwood, Revoc Trust
c/o Anne Conner, Trustee
2818 Ferndale
Houston, TX 77098


HGFLT, LLC
1001 Fannin Street
Suite 4670
Houston, TX 77002


HGFLT,LLC
1001 Fannin Street
Suite 4670
Houston, TX 77002


Hilcorp Energy LP
1201 Louisiana, Ste. 1400
Houston, TX 77002


Hollis & Pamela Clark
Co-Trustees, Clark Rev.Living Tr
1279 Savoy Rd
Sunset, LA 70584

Hollis & Pamela Clark Rev.Liv.T
1279 Savoy Rd.
Cankton, LA 70584


Iberia Parish Sheriff
120 Courthouse
300 Iberia Street
New Iberia, LA 70560-4584


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


Irving T. Comeaux
159 Pond Drive
Morgan City, LA 70380


Irvy E. Cosse Jr.
1130 St. Charles Ave
New Orleans, LA 70130


J. Victorian Zeringue
5655 La. 18
Saint James, LA 70086


James D. Finley
c/o Finley Resources
P.O. Box 2200
Fort Worth, TX 76113


James J. Adams
206 Sunny Lane
Lafayette, LA 70506


Janet C. Johnson
107 Sylvia Loop
Scott, LA 70583

Janet W. Zeringue
206 Monsanto St.
Luling, LA 70070


Janice C. Farris
7608 Holly Oak Circle
Austin, TX 78744


Jason G. Richard
5483 Mire Hwy
Rayne, LA 70578


Jason R. Domingue
P.O. Box 442
Duson, LA 70529


Jean D. Jones
311 Doug Drive
Lafayette, LA 70508


Jeanerette Minerals, LLC
228 St. Charles Ave
Suite 1424
New Orleans, LA 70130


Jeanerette Minerals, LLC
228 St. Charles Ave., Ste. 1424
New Orleans, LA 70130


Jeanette B. Ogden
7256 False River Rd
Oscar, LA 70762-5000


Jeanette G. Domingue
P.O. Box 293
Duson, LA 70529

Jeanine A. Mioton
1343 Bandera Hwy., Apt. 108
Kerrville, TX 78028


JED D, LLC
1 Greenbriar Drive
Covington, LA 70433


Jeffery J. Cormier
P.O. Box 1083
Youngsville, LA 70592


Jeffery James Cormier
P.O. Box 1083
Youngsville, LA 70592


Jennifer M. Sheffield
72 River Bluff Drive
Madisonville, LA 70447


Jerry L. Robin
2726 Springton
Spring, TX 77386


JKDF, LLC
506 Water Street
Suite B
Madisonville, LA 70447


John & Carolyn Prejean
1404 Roper Drive
Scott, LA 70583


John & Cheryl Fell
317 John Fell Loop
Scott, LA 70583

```
John E. Hine
c/o Hine Associates
7412 Shady Villa Lane
Houston, TX 77055


John M. Garwood
450 W. Pioneer
Number 394
Glendale, CA 91203


Joseph & Connie Vasseur
519 Whitmore Road
Scott, LA 70583


Joseph & Connie Vasseur
519 Whitmore Rd
Scott, LA 70583


Joseph D. Cormier
3388 Tanner Road
Scott, LA 70583


Joseph O. Besse, Jr
3389 Tanner Rd
Scott, LA 70583


Joseph O. Besse, Jr.
3389 Tanner Road
Scott, LA 70583


Joseph W. Getzler
21500 Califa Street
Unit 132
Woodland Hills, CA 91367


Judd Partners
6575 W. Loop South
Suite 450
Bellaire, TX 77401
```

Judith J. Jones
160 Indian Bayou Drive
Destin, FL 32541


Judy Anne Besse
401 W. LaVeta Ave
No.172
Orange, CA 92866


Judy Anne Besse
401 W. LaVeta Ave
No. 172
Orange, CA 92866


Karl Leo Hollier, Jr.
695 Winchester Drive
Bridge City, TX 77611


Katherine K. Gandy
109 Audubon Court North
Brandon, MS 39047


KDB Investments, LLC
343 Elmeer Ave
Metairie, LA 70005


Keith J. Richard
111 Canadian Lane
Church Point, LA 70525


Kenneth R. Credeur
3206 Ashton Park Drive
Houston, TX 77082


Kenneth R. Credeur
3206 Ashton Park Dr
Houston, TX 77082

Koupanis Investments, LLC
116 Basalt Springs Way
Naches, WA 98937


Kris Ann Hollier Radcliffe
20403 Autumn Terrace
Katy, TX 77450


Kyle J. David
215 Arceneaux Circle
Scott, LA 70583


LA Dept. of Enviro. Quality
602 North Fifth Street
Baton Rouge, LA 70802


LA Luna Production Co.
2218 Long Cove Circle
Houston, TX 77450


LA.Dept. of Envir. Quality
Financil Services Division
P.O. Box 4311
Baton Rouge, LA 70821


Lacassine Natural Wildlife Refug
US Dept. of the Interior
209 Nature Road
Lake Arthur, LA 70549


Laurent J. Zeringue
5225 Wabash St.
Metairie, LA 70001-1062


Lerline A. Thibodeaux
3035 Tanner Rd
Scott, LA 70583

Les Landry
1201 Louisiana
Suite 1400
Houston, TX 77002


Lewis J. Talbot, Jr.
31202 Via Cordova
San Juan Capistrano, CA 92675


Lexon Surety Company
Lexon Insurance Company
10002 Shelbyville Road
Suite 100
Louisville, KY 40223


Linder Energy Company
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


Lone Star Exploration, Inc.
625 Longuevue Place
Madisonville, LA 70447


Loretta L. Zeringue
400 Mansfield Dr.
Slidell, LA 70458


Loretta Z. Jeandron
120 E. Randall Ct.
Gretna, LA 70053


Louella B. Ransonet
929 Old Spanish Trail West
Scott, LA 70583


Louise Kyle Smardon Roberts
730 Esplanade Ave.
New Orleans, LA 70116

Louise Paggi
2801 S. Arlington Ridge Rd.
Arlington, VA 22202


Louisiana Dept. of Revenue
PO Box 3440
Baton Rouge, LA 70821-3440


Louisiana General Oil Co.
74360 River Road
Covington, LA 70433


Lucille R, Ransom
619 D. Arceneaux Rd
Scott, LA 70583


Lucille R. Ransom
619 D. Arceneaux Rd
Scott, LA 70583


Ludrine & Nellie Leger
3212 Tanner Road
Scott, LA 70583


Lydia S. Bordelon
233 W. Cappel Street
Marksville, LA 71351


Magnolia 23 Properties, LLC
1502 Augusta
Suite 250
Houston, TX 77057


Marc L. Frischhertz
131 Conrad Street
New Orleans, LA 70124

Marcelle's Place, LLC
131 Conrad Street
New Orleans, LA 70124


Margaret L. Degravelle
648 Sunset Blvd.
Baton Rouge, LA 70808


Marilyn A. Stodghill
9310 NE 143rd Street
Kirkland, WA 98034


Marjorie S. Lyons
P.O. Box 1226
Fort Bragg, CA 95437


Mark T. Besse
3389 Tanner Road
Scott, LA 70583


Mark T. Besse
3389 Tanner Rd
Scott, LA 70583


Mary Beth Cuthbert
1084 Augusta Drive
Oxford, MS 38655


Mary Broussard
1569 Prentiss
New Orleans, LA 70122


Mary D. Trahan
147 Credeur Rd
Scott, LA 70583

Mary E. Feazel
966 Waif Woods Cove
Cordova, TN 38018


Mary Kay Besse
287 Guard Road
Scott, LA 70583


Mary Kay Besse
287 Guard Rd
Scott, LA 70583


Mary Latham Banzhoff
37 Tuscany Ct.
Camp Hill, PA 17011


Mary P. Zeringue
2900 Westchester Place
New Orleans, LA 70131


Mary R. Broussard
1569 Prentiss Ave
New Orleans, LA 70122


Mary T. Adams
109 Emerald Sands Lane
Lafayette, LA 70508


Megan K. Lyons
2415 Clark Street
Apt#415
Dallas, TX 75204


Megan K. Lyons
2415 Clark Street
Apt # 415
Dallas, TX 75204

Melba D. Billeaud
101 E. Penny Drive
Lafayette, LA 70506


Melony H. Domingue
P.O. Box 668
Duson, LA 70529


Michael D. Stanfield
213 Cotton Bayou Lane
Kenner, LA 70065


Michael G. Lyons
P.O. Box 14295
Humble, TX 77347


Michael L. Clancy
7000 N. 16th Street
Suite 120418
Phoenix, AZ 85020


Michael Lyons
P.O. Box 14295
Humble, TX 77347


Michael W. Mioton
216 Arrowhead Dr.
Pineville, LA 71360


Michip, Inc
1515 Poydras
Suite 1825
New Orleans, LA 70130


Mirror Lake Exploration, LLC
106 Knipp Road
Houston, TX 77024

Missouri Pacific Railroad
P. O. Box 730875
Dallas, TX 75373-0875


MNSP Properties, LLC
P. O. Box 3644
Lafayette, LA 70502


Mollie Ann Comeaux
122 Faul Road
Lafayette, LA 70507


Myron A. Sonnier
134 Lation Drive
Donaldsonville, LA 70346


Myron Sonnier
134 Lation Drive
Donaldsonville, LA 70346


Nancy C. Hebert
120 Faul Road
Lafayette, LA 70507


Nancy C. Hebert
120 Faul Rd
Lafayette, LA 70507


NC Properties, LLC
P. O. Box 3644
Lafayette, LA 70502


Noble Royalties, Inc.
d/b/a Brown Drake Royalties
P. O. Box 660082
Dallas, TX 75266-0082

Northlake Production, LLC
646 Adair Street
Mandeville, LA 70448


Office of Conservation
P.O. Box 94275
Baton Rouge, LA 70804


Office of Mineral Resources
P.O. Box 94275
Baton Rouge, LA 70804


Office of Mineral Resources
State of Louisiana
P. O. Drawer 2827
Baton Rouge, LA 70821-2827


Office of Natural Resources Rev
US Department of the Interior
P.O. Box 25165
Denver, CO 80225


Oliver L. Degravelle, III
51 Doescher Drive
Harahan, LA 70123


Ona Investments, LLC
4820 Richalnd Ave
Metairie, LA 70002


P.S. Moore Mineral Partnership
6575 West Loop South
Suite 450
Bellaire, TX 77401


Patricia Edmunds Latham
102 Moorings Pk Dr., Apt. E-102
Naples, FL 34105

Patricia L. Royer
107 Bourque Road
Lafayette, LA 70506


Patricia L. Royer
107 Bourque Rd
Lafayette, LA 70506


Patricia Swims, LLC
1457 Eastridge Drive
Slidell, LA 70458


Patrick & Ashley DeLahoussaye
3484 Tanner Rd
Scott, LA 70583


Patrick & Ashley DeLahoussaye Jr
3484 Tanner Rd
Scott, LA 70583


Patsy Flint Mioton
P. O. Box 559
Philadelphia, MS 39350


Pearl B. Decuir
9190 Parkway Drive
Baton Rouge, LA 70810


Perkinson Energy Part JV93-1
P.O. Box 682945
Franklin, TN 37064


Peter A. Besse
273 Guard Road
Scott, LA 70583

Peter A. Besse
273 Guard Rd
Scott, LA 70583


R. Scott Briggs
P.O. Box 528
Roanoke, TX 76262


RACD Oil, LLC
Attn: Anne Dardis
1405 Pier Ave
Metairie, LA 70005


Rachelle M. Beasly
209-D Arceneaux Rd
Scott, LA 70583


Railroad Commission of Texas
1701 North Congress
Austin, TX 78701


Ramco, Inc.
P.O. Box 52027
Lafayette, LA 70505


Randy J. Aucoin
127 Credeur Rd
Scott, LA 70583


Range Production, L.P.
777 Main Street
Suite 800
Fort Worth, TX 76102


Raphael J. Myers
P.O. Box 255
Scott, LA 70583

Ray E. Harder, Jr.
13185 C.R. 1141
Tyler, TX 75709


Raymond P. Zeringue
P. O. Box 145
Saint James, LA 70086


Reelengine, LLC
131 Ayshire Ct.
Slidell, LA 70461


Regions Bank
P.O. Box 947
Grenada, MS 38902


Rental Properties, LTD
Plaquemine, LA 70764


Reserves Management
106 Park Place
Suite 200
Covington, LA 70433


Reserves Managment LLC
1800 Carol Sue Ave
Suite 4
Gretna, LA 70056


Ricks & Barbara Comeaux
816 East "E" Street
Rayne, LA 70578


Ricks P. Comeaux
816 East "E" Street
Rayne, LA 70578

Ricks Peter Comeaux
816 East "E" Street
Rayne, LA 70578


Robert D. Adams
20040 Webb
Chapel Hill, NC 27517


Robert David Phelpes
19306 Allview Lane
Houston, TX 77094


Robert G. Cormier
301 Foreman Drive
Lafayette, LA 70506


Robert G. Cormier
301 Foreman Dr
Lafayette, LA 70506


Robert L. Hall
203 Rue Mon Jardin
Madisonville, LA 70447


Roger D. Linder
106 Park Place
Suite 200
Covington, LA 70433


Roger H. Ogden
460 Broadway
New Orleans, LA 70118


Roland J. Thibodaux
3344 Tanner Rd
Scott, LA 70583

Ronald Sonnier
3637 Mill Street
Carencro, LA 70520


Rosemary Anne Oil, LLC
1405 Pier Ave
Metairie, LA 70005


Ruth E. Bell Clark
113 Canterbury Rd.
Lafayette, LA 70503


S. D. Burgess
P.O. Box 1002
Fulshear, TX 77441


Saint Joseph Abbey,
A Non-Trading LA. Corporation
75376 River Road
Saint Benedict, LA 70457


Salt Dome Partnership
P.O. Box 460
Patterson, LA 70392


Salt Domes Partneship
P.O. Box 460
Patterson, LA 70392


Sandra J. Jones
756 Cumberland Cove
Southhaven, MS 38761


Sara Latham Stelzner
8 Greenleaves Drive
Amherst, MA 01003

Scott R. Batts
4025 Elizabeth Lane
Benton, LA 71006


Shane N. Miller
128 Credeur Road
Scott, LA 70583


Shane N. Miller
128 Credeur Rd
Scott, LA 70583


Sheriff, Livingston Parish
P.O. Box 370
Livingston, LA 70754-0370


Sherry M. Mouton
255-D Arceneaux Road
Scott, LA 70583


Sherry M. Mouton
225-D Arceneaux Rd
Scott, LA 70583


Sojitz Energy Venture, Inc.
2000 W. Sam Houston Pkwy S
#1450
Houston, TX 77042


Steven & Jacqueline Vondenstein
211 Sylvia Loop
Scott, LA 70583


Stewart & Natalie Daigle
107 Smart Park Lane
Carencro, LA 70520

Stratford Exploration, LLC
c/o Lyford Oil Corporation
P.O. Box 404
Milton, LA 70558


Talos Production, LLC
500 Dallas Street
Suite 2000
Houston, TX 77002


Tamara C. Jenkins
919 Milam
Suite 1910
Houston, TX 77002


Tammy B. Hebert
103 Providence Court
Lafayette, LA 70506


Tammy R. Sonnier
801 Gazette Road
Scott, LA 70583


Tammy R. Sonnier
801 Gazette Rd
Scott, LA 70583


Test. Trust by WM Smardon for
Louise Tobers, B.Smardon Trstee
730 Esplanade Ave.
New Orleans, LA 70116


Texas Petroleum Inv. Co.
5850 San Felipe
Suite 250
Houston, TX 77057

The Cadle Company II, Inc.
100 North Center Street
Newton Falls, OH 44444


The Joy Partners LTD
P. O. Box 576
Ardmore, OK 73402-2576


The Joy Partners, LTD
P. O. Box 576
Ardmore, OK 73402-0576


Three Z Investments, LLC
9155 Smoke Rock Drive
Baton Rouge, LA 70817


Thurman Oil & Gas Properties
103 Broadway
Sonora, KY 42776


Timothy McCune
3737 McMillan Ave., Apt. 101
Dallas, TX 75206


Tony & Kori Hollier
337 Credeur Road
Scott, LA 70583


Tony & Kori Hollier
337 Credeur Rd
Scott, LA 70583


Troy D. Lyons
P.O. Box 69
Centreville, MS 39631

True Hope Enterprises, Inc.
22130 Talbot Drive
Plaquemine, LA 70764


U.S. Coast Guard
2703 MLK, Jr. Ave. SE
Washington, DC 20593-7000


U.S. Department of the Interior
Bureau of Ocean Energy Mgt.
Gulf Of Mexico OCS Region
1201 Elmwood Park Blvd.
New Orleans, LA 70123


US Coast Guard
Commander Eighth Coast Guard Dis
500 Poydras Street
New Orleans, LA 70130


US Dept. of the Interior
Bureau of Ocean Mgt
1201 Elwood Pk
Mail Stop GM428A
New Orleans, LA 70123


US Enviro. Protection Agency
Region 6 Main Office
1445 Ross Ave
Suite 1200
Dallas, TX 75202


Venture Partners, LTD
6363 Woodway
Suite 840
Houston, TX 77057


Verjane V. Arceneaux
308 Sidney Martin Drive
Apt# 130
Lafayette, LA 70507

Verjane V. Arceneaux
308 Sidney Martin Dr
Apt. 130
Lafayette, LA 70507


Vinton Freedley, III
80 Cloudview Road
Sausalito, CA 94965


Virginia E. Herrera
P. O. Box 3745
Lafayette, LA 70502


Virginia H. Barber
c/o Hine Associates
7412 Shady Villa Lane
Houston, TX 77055


Vivian K. Zeringue
1163 Museum Dr., Apt. 40
Houma, LA 70360


W.D. Patterson, Jr.
665 Baltzer-Rome Road
Tutwiler, MS 38963


Wanda Putnam
2270 Cortina Court
Grand Junction, CO 81506


Wanda W. Putnam
2270 Cortina Court
Grand Junction, CO 81506


William & Paula Holmes
P. O. Box 1174
Franklin, LA 70538-1174

William A. Kyle
P. O. Box 10911
New Iberia, LA 70562


William Henry Latham
P. O. Box 525
Dillsburg, PA 17019-0525


Williams Inc.
Whitney Bank Building
228 St. Charles
Suite 1323
New Orleans, LA 70130


Williams Land Co.,LLC
P.O. Box 460
Patterson, LA 70392


Williams Land Com., LLC
P.O. Box 460
Patterson, LA 70392


Wilson M. Bell, Jr.
403 Live Oak Drive
Lafayette, LA 70503

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Destin Resources LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 11, 2017**

**/s/ Roger D. Linder**
**Roger D. Linder/Manager**
Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Destin Resources LLC**

                                   Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Destin Resources LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 11, 2017**
Date

**/s/ H. Kent Aguillard**

**H. Kent Aguillard 02354**
Signature of Attorney or Litigant
Counsel for   **Destin Resources LLC**

**H. Kent Aguillard**
**P. O. Box 391**
**Eunice, LA 70535**